UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                              :

UNITED STATES OF AMERICA,             :

                                 Plaintiff,    :
                                                :                               87-CR-769-1 (VSB)
                - against -             :
                                                :                                 <u>**ORDER**</u>

CARLOS MEDINA,                           :

                               Defendant.  :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       The Court[1] is in receipt of Defendant's motion for compassionate release submitted *pro se*, dated December 30, 2024, and received January 15, 2025. (Doc. 6.) Accordingly, it is hereby:

       ORDERED that the Government file a response to Defendant's motion no later than April 15, 2025.

SO ORDERED.

Dated: February 24, 2025
       New York, New York

                                                             Vernon S. Broderick
                                                             United States District Judge

---

[1] This case was reassigned to me upon the filing of Defendant's compassionate-release motion due to the passing of Judge William C. Conner, the sentencing Judge. (See Doc. 5.)